IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIELLE R. MICHAELS                                                                PLAINTIFF

v.                            CIVIL NO. 3:18-cv-3087-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                          DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Danielle Michaels, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner"). (ECF No. 1). On January 7, 2019, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that her case be dismissed without prejudice. (ECF No. 13). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 9th day of January, 2019.

                                                           /s/ Mark E. Ford
                                                           HONORABLE MARK E. FORD
                                                           UNITED STATES MAGISTRATE JUDGE